# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Gary McGoffin
Attorney at Law
220 Heymann Boulevard
Lafayette La 70503

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on September 14, 2022

**REHEARING ACTION: September 14, 2022**

**Docket Number: 21   00778-CA**

**LAFAYETTE CITY-PARISH CONSOLIDATED GOVERNMENT
VERSUS
LUCILE B. RANDOL HEIRS, L.L.C.**

**Appealed from Lafayette Parish Case No. C-20212515**

**BEFORE JUDGES:**

   Hon. Elizabeth A. Pickett
   Hon. D. Kent Savoie
   Hon. Van H. Kyzar

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Lucile B. Randol Heirs, L.L.C.** has this day been

   **DENIED.**

cc: Gregory Jesse Logan, Counsel for the Appellant
    Michael Dean Hebert, Counsel for the Appellant
    Camille Bienvenu Poche, Counsel for the Appellant